# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH W. DONE,

    Defendant.

Case No. 2:84-cr-00204-LDG

**ORDER**

THE COURT **ORDERS** that Defendant Kenneth W. Done's Motion Requesting Reinstatement of Rights (#20) is DENIED.

DATED this 31 day of August, 2010.

_____
Lloyd D. George
United States District Judge